1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHENZHEN HUIHUA TECHNOLOGY            No.  2:25-cv-0882 AC
      CO., LTD,
12
                      Plaintiff,
13                                                ORDER
              v.
14
      MINCHANG ZOU and YINGHUA HU,
15
                      Defendants.
16

17

18          This matter was previously activated in the court's Voluntary Dispute Resolution Program

19    ("VDRP").  ECF No. 17.  On October 20, 2025, the court requested a joint status report regarding

20    VDRP proceedings.  ECF No. 20.  On November 3, 2025, plaintiff filed a Status Report

21    demonstrating that defendants have declined via email to participate in VDRP.  ECF No. 21 at 4.

22    Good cause appearing, IT IS HEREBY ORDERED as follows:

23          1.  The referral of this matter to VDRP (ECF No. 17) is WITHDRAWN, and the stay (ECF

24              No. 13) is LIFTED.

25          2.  A Status (Pretrial Scheduling) Conference is set for **January 28, 2026 at 10:00 a.m.** via

26              Zoom before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in

27              person if acting without counsel.

28          3.  Not later than fourteen (14) days prior to the Status Conference, the parties shall file status

1

reports addressing the following matters:

    a.  Service of process;

    b.  Possible joinder of additional parties;

    c.  Any expected or desired amendment of the pleadings;

    d.  Jurisdiction and venue;

    e.  Anticipated motions and their scheduling;

    f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h.  Special procedures, if any;

    i.  Estimated trial time;

    j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings, including any procedures specific to an action brought under the Uniform Foreign-Country Money Judgments Recognition Act;

    k.  Whether the case is related to any other cases, including bankruptcy;

    l.  Whether a settlement conference should be scheduled and at what stage of the proceedings;

    m.  Any other matters that may add to the just and expeditious disposition of this matter.

    IT IS SO ORDERED.

DATED: November 5, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE