UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN HUIHUA TECHNOLOGY CO., LTD,<br>Plaintiff,<br>v.<br>MINCHANG ZOU and YINGHUA HU,<br>Defendants. | No. 2:25-cv-0882 AC<br><br>ORDER |

On July 22, 2026, plaintiff filed a motion for summary judgment to be heard on August 26, 2026. ECF No. 33. Pursuant to E.D. Cal. Local Rule 230(c), defendants' opposition or statement of non-opposition was due on August 5, 2026. To date, no such opposition or statement of non-opposition is on file.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of August 26, 2026 is VACATED. It is further ORDERED that defendants shall show cause, in writing, within 14 days, why their failure to respond to the pending motion should not result in the undersigned granting plaintiff's motion. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If defendants fail to respond, the

////

////

court will rule on the motion for summary judgment without considering any responsive briefing that defendants subsequently file.

DATED: August 18, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE